IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 NOV 30 PM 4:20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| VS. | ) CR. NO. 05-20257-B |
| PAMELA JOYCE CAMPBELL, | ) |
| Defendant. | ) |

## ORDER ON CHANGE OF PLEA AND SETTING

This cause came to be heard on November 30, 2005, the United States Attorney for this district, Rae Oliver, appearing for the Government and the defendant, Pamela Joyce Campbell, appearing in person, and with counsel, Ned Germany, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 2 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **THURSDAY, MARCH 2, 2006, at 1:30 P.M.,** in Courtroom No. 1, on the 11th floor before Judge J. Daniel Breen.

Defendant is allowed to remain released on present bond.

**ENTERED** this the 30 day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-1-05

(22)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:05-CR-20257 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT